# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMEATRUS ROBINSON, Sr.** | **1:18-cv-00042-LJO-BAM** |
| **Plaintiff,** | **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND DIRECTING CLERK TO CLOSE THIS CASE** |
| **CHRISTOPHER KARAGHEUOFF, et al.** | |
| **Defendants.** | |

On March 13, 2018 (Doc. 13), this Court issued an order dismissing Plaintiff's complaint with 21-days leave to amend. The Court noted that if Plaintiff did not amend the complaint to correct the deficiencies noted in the March 13, 2018, order, the complaint would be dismiss for failure to state a claim for all the reasons stated. (Doc. 14.) Plaintiff did not file an amended complaint.

As such, IT IS HEREBY ORDERED that the complaint is dismissed with prejudice for failure to state a cognizable claim, and the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **April 9, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1